UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CESAR DEJESUS,
Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,
Defendants.

25-CV-5827 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

Plaintiff's filing of another redlined version of the Second Amended Complaint ("SAC") does not satisfy the Court's prior order that Plaintiff file a non-redlined version on the docket. (ECF 35.) Plaintiff's time to file a non-redlined version of the SAC on the docket is extended nunc pro tunc until **October 5, 2026**. If Plaintiff fails to do so by that date, I may issue a report and recommendation to Judge Cronan that the case be dismissed for failure to prosecute. If Plaintiff files the SAC by **October 5, 2026,** Defendants' time to respond shall be **October 19, 2026;** if Defendants move to dismiss, Plaintiff's opposition shall be due **November 9, 2026,** and Defendant's reply in further support shall be due by **November 16, 2026**. If Defendants move to dismiss and wish to stay discovery, they shall file a letter motion on the docket at the same time as their motion to dismiss, and Plaintiff's opposition, if any, shall be due seven days later.

DATED: October 1, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**