UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CESAR DEJESUS,
Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,
Defendants.

25-CV-5827 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

As discussed at the status conference held on October 8, 2026:

1. Plaintiff's counsel explained he has experienced technical difficulties. He will file the amended complaint WITHOUT REDLINES by **October 19, 2026**.
2. Defendant will respond to the amended complaint by **November 20, 2026**.
3. Plaintiff's opposition to any motion to dismiss the amended complaint will be filed by **December 21, 2026**.
4. Any reply in further support of a motion to dismiss the amended complaint by Defendant will be filed by **January 8, 2027**.

DATED: October 9, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**